**Robert INGERSOLL, Appellant, v. UNITED STATES of America, Appellee.**

No. 10712.

United States Court of Appeals
Sixth Circuit.

July 25, 1949.

See, also, 175 F.2d 191.

Appellant not represented.

Ben T. Cooper, Louisville, Ky. (David C. Walls, Louisville, Ky., of counsel), for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

The record on appeal in this case having been supplemented by the Transcript of Evidence and the Instructions to the Jury by the Court in accordance with the order of May 4, 1949 herein, and the record as so supplemented having been duly considered, it is ordered that the judgment of the District Court, entered on March 30, 1948, herein appealed from, be and is affirmed.

**Bernard M. SHOTKIN, Trustee, etc., v. The MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY, etc., et al.**

No. 3835.

United States Court of Appeals
Tenth Circuit.

April 22, 1949.

Bernard M. Shotkin, pro se.

Brock, Akolt & Campbell, John R. Turnquist and Gerald E. Welsh, Denver, Colo., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed April 22, 1949, for failure to prosecute.

**Vincent Townsend SMITH v. UNITED STATES of America.**

No. 3917.

United States Court of Appeals
Tenth Circuit.

June 30, 1949.

Lawrence S. Holmes, Wichita, Kan., for appellant.

Lester Luther, U. S. Atty., and V. J. Bowersock, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed June 30, 1949, on motion of appellant.